THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ROACHE, Appellant, v S.A. CONNELL, Respondent.

Submitted February 13, 2007; decided March 27, 2007

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 803].